decided herewith. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

CONCETTO RIZZA, as Administrator, etc., of SALVATRICE RIZZA, Deceased, Respondent, v. THE R. F. STEVENS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

DAVID SANDLER, Respondent, v. LOUIS SCHACHTER, Doing Business under the Name of WILLOUGHBY KNITTING MILLS, Appellant. — Order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

DAVID SANDLER, Respondent, v. LOUIS SCHACHTER, Doing Business under the Name of WILLOUGHBY KNITTING MILLS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

ALFRED SEELENFREUND, Appellant, v. OLGA SEELENFREUND, Respondent. — Although plaintiff in his brief submitted, asked this court to make disposition of the children, we decline to entertain jurisdiction based only upon such consent. The law makes provision for awarding the children to one parent or the other where there is a controversy like the present, and it is better to follow the usual remedies rather than to reach the result in the manner proposed in this action. Therefore, without expressing views as to the disposition of the children, the judgment in so far as appealed from is reversed, without costs. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

HAROLD M. TURNER and CHARLES H. YOUNG, as Executors and Trustees, etc., of THOMAS M. TURNER, Deceased, Appellants, v. TURNER REALTY ASSOCIATES OF SUFFOLK COUNTY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills, and Rich, JJ., concurred.

SOPHIE VAN PRAAG, Appellant, v. THE CITY OF NEW YORK and ALBERT CHESEBROUGH, Respondents.— Judgment dismissing the complaint as against the defendant Chesebrough unanimously affirmed, with costs to that defendant. Judgment dismissing the complaint as against the city of New York reversed, and a new trial granted as to that defendant, costs to abide the event. The height and nature of the obstruction raised a question for the jury. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

F. MAX HUBER, Plaintiff, v. LOUIS D'ESTERRE and Others, Appellants. LOGAN TRUST COMPANY OF PHILADELPHIA and HERBERT P. QUEAL, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Opening Schenectady Avenue, etc. JENNIE L. DERBY, Petitioner; COLUMBIA WIRE COMPANY, Respondent.— Motion to open default of the Columbia Wire Company granted, on payment of ten dollars costs within five days to attorney for petitioner, and on the further condition that said appellant perfect its appeal, and place the case on the calendar for the